SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
ANDRE J. CRONTHALL, Cal. Bar No. 117088
acronthall@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant
BofI Holdings, Inc,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendants. | Case No. 15-cv-2287-BAS-NLS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BOFI HOLDING, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST, SECOND, FOURTH, SEVENTH, EIGHTH AND NINTH CAUSES OF ACTION UNDER FED. R. CIV. P. 12(B)(6) AND MOTION TO STRIKE UNDER FED. R. CIV. P 12(F)**<br><br>Date:    January 19, 2016<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Courtroom 4B<br><br>The Hon. Cynthia Bashant (Schwartz Courthouse) |

**TO THE HONORABLE CYNTHIA BASHANT, UNITED STATES**

**DISTRICT COURT JUDGE, AND ALL INTERESTED PARTIES:**

Under Rule 201(d) of the Federal Rules of Evidence, a Court is mandated to take judicial notice of adjudicative facts if requested by a party and supplied with

1 the necessary information.  "A judicially noticed fact must be one not subject to
2 reasonable dispute in that it is either (1) generally known within the territorial
3 jurisdiction of the trial court or (2) capable of accurate and ready determination by
4 resort to sources whose accuracy cannot reasonably be questioned"  Fed. R. Evid.
5 201(b).

6 Matters of public record, such as publicly filed documents with federal
7 regulators, fall within this rule. See *Arnett v. Seaside Transportation Services, LLC*,
8 2014 U.S. Dist. LEXIS 4026, 2014 WL 117325, at *2, n. 3 (N.D. Cal. 2014) (taking
9 judicial notice of the fact of the OSHA report but not the disputed facts contained
10 therein) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001); *MGIC
11 Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) ("On a motion to
12 dismiss, we may take judicial notice of matters of public record outside the
13 pleadings.").  A district court may also consider unattached evidence on which the
14 complaint "necessarily relies" if: (1) the complaint refers to the document; (2) the
15 document is central to the plaintiff's claim; and (3) no party questions the
16 authenticity of the document.  *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006).

17 Defendant BofI Holdings, Inc. respectfully requests that this Court take
18 judicial notice of the document identified below:

19 **Exhibit A**   Plaintiff Charles Matthew Erhart's April 14, 2015 Whistleblower Complaint, filed with the Occupational Safety and Health Administration division of the Federal Department of Labor.

Dated: December 15, 2015   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   *s/Polly Towill*
POLLY TOWILL

Attorneys for Plaintiff
BofI FEDERAL BANK
Email:  ptowill@sheppardmullin.com