# EXHIBIT A

# WHISTLEBLOWER COMPLAINT

## BY CHARLES MATTHEW ERHART

### PART ONE – EMPLOYEE INFORMATION

1. Name: Charles Matthew Erhart

2. Present Address:

    c/o Carol Gillam, Esq., The Gillam Law Firm, 11620 Wilshire Blvd. Suite 900, Los Angeles CA 90025

3. Telephone Number: office: (310) 203-9977  (The Gillam Law Firm)

4. email address: carol@gillamlaw.com

5. Preferred method of contact: email, phone

6. Best time to be contacted: 10 am – 5 pm, PDT

7. Work Site Address at Place of Employment Where Alleged Retaliation Occurred:

    4350 La Jolla Village Drive, Suite 140, San Diego CA 92122

8. Date of Hire at Place of Employment Where Alleged Retaliation Occurred:

    September 23, 2013

9. Job Title at Place of Employment Where Alleged Retaliation Occurred:

    Internal Auditor

10. Exclusive Bargaining Representative: None

11. The Person Filing This Complaint Is:

    X Representative of Employee

(continued on next page)

# WHISTLEBLOWER COMPLAINT

## BY CHARLES MATTHEW ERHART

### PART TWO – EMPLOYER INFORMATION

12. Employer Name:

    Bofi Holding, Inc., holding company for Bofi Federal Bank, aka Bank of Internet)

    Website: http://www.bofiholding.com

    Stock symbol: BOFI

13. Name and Title of Management Person (for contact purposes):

    Gregory Garrabrants, Chief Executive Officer, 858-350-6200

    Eshel Bar-Adon, Chief Legal Officer, 858-350-6200

    John Tolla, Senior Vice President Audit & Compliance, 858-350-6200

14. Name and Title of Supervisor:

    Jonathan Ball, Vice President, Internal Audit

    (resigned March 5, 2015, refused to engage in unlawful activity)

15. Employer Mailing Address if Different: n/a

16. Employer Phone: 858-350-6200

17. Employer Fax: 858-350-0443

18. Employer Email: Ebar-adon@bofifederalbank.com

19. Type of Business: Bank

(continued on next page)

WHISTLEBLOWER COMPLAINT

BY CHARLES MATTHEW ERHART

PART 3 – ALLEGATION OF DISCRIMINATION

20. What management person is responsible for the retaliation that you are reporting:

    Gregory Garrabrants, Chief Executive Officer, 858-350-6200

    Eshel Bar-Adon, Chief Legal Officer, 858-350-6200

    John Tolla, Senior Vice President Audit & Compliance, 858-350-6200

    Brian Swanson, Chief Lending Officer

    And potentially others

21. What are the actions or events you are reporting to OSHA:

    x Termination

    x Harassment

    x Threat to take actions against me

    x Defamation

    x Retaliation

    x Lowered my performance evaluation

22. When did the employer take these actions against you?

    January 14, 2015 to April 10, 2015 (and continuing)

23. When did you first learn that the actions would be taken against you?

    January 14, 2015 to April 12, 2015

24. What reason did the employer give you for each of the actions?

    I was not to contact employees under Brian Swanson's supervision when doing my job (Swanson)

# WHISTLEBLOWER COMPLAINT

## BY CHARLES MATTHEW ERHART

That I should not raise concerns in emails and report them verbally instead (e.g., raising questions about deposit concentration), and so my performance evaluation would be lowered (Tolla)

That I was handling an investigation wrong and should have gone directly to Swanson instead of questioning one of his employees (Swanson)

"If Matt continues to turn over rocks, eventually he is going to find a snake and he's going to get bit" (SVP John Tolla in my presence)

The problem with me is I'm too good at my job (a Deputy BSA Officer)

That I was being terminated for being out sick (or not calling in – untrue)

That I was responsible for negative information in a "Seeking Alpha" article about BOFI dated December 2, 2014 (untrue)

That I had no credibility because I suffer a psychiatric condition (untrue)

25. Why do you believe the employer took these actions against you?

I believe the Bank has been committing securities fraud, wire fraud, mail fraud, fraud on its shareholders, violations of SEC rules and regulations, and other violations of the Dodd-Frank Wall Street Reform and Consumer Protection Act, and the Sarbanes-Oxley Act (I have extensive information regarding these).

Management found my internal audit memo to my boss in his email, and then unlocked my file cabinets, finding my documentation of potential tax evasion by CEO Garrabrants, then called me "malicious" in staff meetings

Because I reported to the SEC that the Bank had withheld material information from them, and also did so to the Office of the Controller of Currency that was investigating the Bank; and because I told Bank management that I had done so; to intimidate me from looking into unlawful activities at the Bank, and from reporting those to authorities; because I refused to engage in certain unlawful activities; to retaliate against me for what it believed I had done; and to send a message to other employees about what will happen if they do what I have done, or allegedly have done.

4

# WHISTLEBLOWER COMPLAINT

## BY CHARLES MATTHEW ERHART

26. For any of the actions you listed in #25, please provide the relevant dates you engaged in that activity:

   December 2014 – March 9, 2015

27. Do you believe the employer knew you engaged in the activity described in #25? If so, how do you think they learned of it?

   Yes, I told senior managers I was talking to the Office of Controller of the Currency (OCC), and to the SEC about material information being hidden from them.

   Senior management told the OCC they were calling the police on me, to retrieve the laptop that contained evidence of the Bank's wrongdoing. A senior manager went to my home when I was not there.

   Senior management also told staff my claims were not credible because I was seeking psychiatric help (after I became fearful for my safety due to the threats)

28. Have you filed any previous complaints against this employer with OSHA regarding these of similar retaliatory actions?

   No

29. Have you taken any other action to appeal, grieve or report this matter under any other procedure?

   Yes

If yes, please list the agency/organization with whom you have appealed/grieved/reported this matter, the date filed, the current status of the procedure, and any outcome:

   SEC, January 14, 2015 and February, 2015, pending

   Office of Controller of the Currency, March 6-9, 2015, pending

30. How did you first become aware you could file a complaint with OSHA?

   My attorney Carol Gillam

5

# WHISTLEBLOWER COMPLAINT

## BY CHARLES MATTHEW ERHART

### PART 4 – IDENTIFICATION OF REPRESENTATIVE

Name: Carol Gillam

Title: Attorney

Organization Name: The Gillam Law Firm, a Professional Law Corporation

Address: 11620 Wilshire Boulevard, Suite 900, Los Angeles, CA 90025

Phone (day): (310) 203-9977

Email: carol@gillamlaw.com

**X** By checking this box, I certify that the named employee has authorized me to act as their representative fir purposes of this complaint.

(continued on next page)

### PART 5 – CERTIFICATION

**X** By checking this box, I certify that the information in this complaint is true and correct to the best of my knowledge and belief.

Date: 4/14/15  _[signature]_

6

U.S. DEPARTMENT OF LABOR

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

**DESIGNATION OF REPRESENTATIVE**

| | |
|---|---|
| *Charles Erhart* <br> v. <br> *BofI Holdings, Inc.* | Case Number: 9-3290-15-039 |

TO:   U.S. Department of Labor-OSHA

Whistleblower Protection Program

90 7th Street #18-100

San Francisco, CA 94103

The undersigned hereby enters his appearance as representative of:

_____

in the above captioned matter:

| | |
|---|---|
| _____ <br> Signature of Representative <br><br> _____ <br> Type or Print Name <br><br> _____ <br> Title <br><br> _____ <br> Date | Representative's Address and ZIP Code <br><br><br><br> _____ <br> Area Code   Telephone Number <br><br> E-mail address: _____ |