SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
ANDRE J. CRONTHALL, Cal. Bar No. 117088
acronthall@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
BofI HOLDING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendants. | Case No. 15-cv-2287-BAS-NLS<br><br>**BOFI HOLDING, INC.'S NOTICE OF MOTION AND MOTION FOR IMPOSITION OF SANCTIONS FOR SPOLIATION OF EVIDENCE AGAINST PLAINTIFF CHARLES MATTHEW ERHART**<br><br>Date: March 21, 2016<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Courtroom 4B<br><br>The Hon. Cynthia Bashant (Schwartz Courthouse) |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD
3  PLEASE TAKE NOTICE THAT on March 21, 2016, or as soon thereafter as
4  this matter may be heard, in Courtroom 4B before the Honorable Cynthia Bashant of
5  the above-entitled Court, located at 221 West Broadway, San Diego, California
6  92101, Defendant BofI Holding, Inc. ("BofI") will, and hereby does, move this
7  Court for an order sanctioning Plaintiff Charles Matthew Erhart for the willful
8  spoliation of evidence.
9  This motion is made on the grounds that Erhart has engaged in a pattern and
10 practice of destroying relevant evidence.  Specifically, Erhart deleted relevant
11 evidence from his work laptop, his personal desktop computer, his girlfriend's
12 laptop, and two USB devices.  Erhart had a clear duty to preserve such evidence at
13 the time he destroyed it.  Erhart knew at the time he began destroying evidence in
14 March 2015 that the evidence was relevant to potential litigation because he had
15 already allegedly provided the information to regulators as an alleged whistleblower
16 and was in the process of preparing his OSHA complaint, which was filed only one
17 month later.  Erhart continued to destroy relevant evidence even after this action was
18 filed and in spite of court orders in a related action prohibiting the destruction of
19 evidence.  Moreover, Erhart's destruction was willful and intended to prejudice BofI
20 and hinder its ability to defend itself in this action.  Erhart has admitted that he
21 destroyed relevant evidence in order to hinder BofI's investigation into the matters
22 at issue.  Some of those documents are unrecoverable at significant cost.
23 Furthermore, BofI has incurred expenses to determine the extent of Erhart's
24 spoliation of evidence and to bring this motion.
25 This motion is based on this notice, the Memorandum of Points & Authorities
26 supporting this application, the declarations of Polly Towill, Matthew Armstrong,
27 and John Tolla, the Request for Judicial Notice, and the exhibits filed herewith, and
28 any oral argument which may be presented before the Court.

1  Dated:  February 19, 2016

2                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                      By           */s/ Polly Towill*
                                    POLLY TOWILL
5

6                             Attorneys for Defendant
                              BofI HOLDING, INC.
7                             Email:  ptowill@sheppardmullin.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:474102004.1

-3-  Case No. 15-cv-2287-BAS-NLS
BOFI'S NOTICE OF MOTION AND MOTION FOR SPOLIATION OF EVIDENCE
AGAINST DEFENDANT CHARLES MATTHEW ERHART