# EXHIBIT H
# to Declaration of Polly Towill

| From: | Charles Erhart <charles.erhart0fe@first organization.com> |
| --- | --- |
| Sent: | Tuesday, January 20, 2015 7:46 AM |
| To: | 'Zoladz, Katharine (Kate)' <ZoladzK@sec.gov> |
| Subject: | RE: Subpoena |

That works for me. What number should I reach you at?

**From:** Zoladz, Katharine (Kate) [mailto:ZoladzK@sec.gov]
**Sent:** Tuesday, January 20, 2015 6:17 AM
**To:** Charles Erhart
**Subject:** RE: Subpoena

Can we talk at 10 a.m. your time today?

**From:** Charles Erhart [mailto:CErhart@bofifederalbank.com]
**Sent:** Thursday, January 15, 2015 10:31 AM
**To:** Zoladz, Katharine (Kate)
**Subject:** RE: Subpoena

Kate,

Next week works for me, I should be in the office all week. Just let me know a time that works for you and I'll calendar it off.

Thanks.

Matt Erhart

Internal Audit

Direct: 858-649-2000 ext. 1294



4350 La Jolla Village Drive

San Diego, CA 92122

www.bofifederalbank.com

**From:** Zoladz, Katharine (Kate) [mailto:ZoladzK@sec.gov]
**Sent:** Wednesday, January 14, 2015 5:23 PM
**To:** Charles Erhart
**Subject:** Re: Subpoena

Hi:

I'm actually in testimony in LA tomorrow and Friday. Can we talk next week? (I think I did see I response from you that I think I need to follow up on). Thanks.

-Kate

**From:** Charles Erhart [mailto:CErhart@bofifederalbank.com]
**Sent:** Wednesday, January 14, 2015 03:01 PM Eastern Standard Time
**To:** Zoladz, Katharine (Kate)
**Subject:** Subpoena

Hi Kate,

I am an internal auditor at Bofi Federal Bank. I am reviewing a subpoena that came from the Miami Regional Office to Bofi Federal Bank and have a few questions. Is there a time that I can call you this afternoon or tomorrow morning to discuss? Please let me know a time and provide a direct number where I can reach you.

Thank you.

Matt Erhart

Internal Audit

Direct: 858-649-2000 ext. 1294



4350 La Jolla Village Drive

San Diego, CA 92122

www.bofifederalbank.com

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.