SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
ANDRE J. CRONTHALL, Cal. Bar No. 117088
acronthall@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
BofI HOLDING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendants. | Case No. 15-cv-2287-BAS-NLS<br><br>**DECLARATION OF JOHN C. TOLLA IN SUPPORT OF BOFI HOLDING, INC.'S MOTION FOR IMPOSITION OF SANCTIONS FOR SPOLIATION OF EVIDENCE AGAINST PLAINTIFF CHARLES MATTHEW ERHART**<br><br>Date: March 21, 2016<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Courtroom 4B<br><br>The Hon. Cynthia Bashant (Schwartz Courthouse) |

SMRH:474817556.1

Case No. 15-cv-2287-BAS-NLS
DECLARATION OF TOLLA ISO BOFI'S MOTION FOR SPOLIATION OF EVIDENCE AGAINST DEFENDANT CHARLES MATTHEW ERHART

# DECLARATION OF JOHN C. TOLLA

I, John C. Tolla, declare as follows:

1. I am the Chief Governance, Risk & Compliance Officer for BofI, the Defendant in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of BofI's Motion for Imposition of Sanctions for Spoliation of Evidence Against Plaintiff Charles Matthew Erhart.

2. BofI is a diversified financial services company headquartered in San Diego. The role of the Internal Audit Department at BofI is to test, monitor and report on BofI's internal controls and to conduct special projects and investigations.

3. Erhart started working for BofI as a Staff Internal Auditor reporting to BofI's then Vice President-Internal Audits on September 23, 2013. Erhart was issued a laptop by BofI for use in the performance of his job duties.

4. During his employment, Erhart was tasked with completing assigned audit functions within the parameters of the 2014 and 2015 Internal Audit Plans. These plans defined the scope of the internal audits to be completed by the Internal Audit Department during 2014 and 2015. During his employment, Erhart initiated and conducted his own unplanned and unapproved investigations into matters that were outside the scope of the 2014 and 2015 Internal Audit Plans.

5. Erhart last appeared for work at BofI on March 5, 2015. Thereafter, Erhart requested, and was granted by BofI, an unpaid leave of absence pursuant to the Family Medical Leave Act ("FMLA") and the California Family Rights Act ("CFRA") beginning on March 6, 2015. After Erhart went on leave, BofI informed Erhart that it had not, and would not, authorize him to keep physical possession of his BofI-owned laptop computer (the "Laptop"). Despite BofI's

repeated demands for return of the Laptop, Erhart did not return it until March 12, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 18, 2016, at San Diego, California.

_____
JOHN C. TOLLA