SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
ANDRE J. CRONTHALL, Cal. Bar No. 117088
acronthall@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
BofI HOLDING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendants. | Case No. 15-cv-2287-BAS-NLS<br><br>**INDEX OF EXHIBITS IN SUPPORT OF BOFI HOLDING, INC.'S MOTION FOR IMPOSITION OF SANCTIONS FOR SPOLIATION OF EVIDENCE AGAINST PLAINTIFF CHARLES MATTHEW ERHART**<br><br>Date: March 21, 2016<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Courtroom 4B<br><br>The Hon. Cynthia Bashant (Schwartz Courthouse) |

Case No. 15-cv-2287-BAS-NLS

SMRH:475219624.1   INDEX OF EXHIBITS IN SUPPORT OF BOFI'S MOTION FOR SPOLIATION SANCTIONS AGAINST PLAINTIFF CHARLES MATTHEW ERHART

# APPENDIX OF EXHIBITS

| EXHIBIT | DECLARATION | DOCUMENT DESCRIPTION |
|---------|-------------|----------------------|
| A | Matthew D. Armstrong | Matthew D. Armstrong Curriculum Vitae |
| B | Matthew D. Armstrong | REDACTED: Listing of Files and Folders Deleted from Erhart BofI-Issued Computer on March 12, 2015 |
| C | Matthew D. Armstrong | REDACTED: Listing of Files Copied To or Created On Lexar USB Drive on November 7, 2015 |
| D | Matthew D. Armstrong | REDACTED: Listing of Facially-Relevant Files and Folders Moved to Recycle Bin on HP Desktop on December 5, 2015 |
| E | Matthew D. Armstrong | REDACTED: Listing of Deleted eDocuments in "BofI" and "03192015" Folders on Lexar USB |
| F | Matthew D. Armstrong | REDACTED: Listing of Facially-Relevant Filenames Extracted from MacBook QuickLook Index |
| G | Polly Towill | Relevant portions of the transcript of the December 6, 2015 deposition of Charles Matthew Erhart taken in the related case entitled *BofI Federal Bank v. Charles Matthew Erhart,* U.S. District Court for the Southern District of California Case No. 15-cv-02353-BAS-NLS |
| H | Polly Towill | Email correspondence received from Erhart |

| **EXHIBIT** | **DECLARATION** | **DOCUMENT DESCRIPTION** |
|---|---|---|
| I | Request for Judicial Notice | First Amended Complaint in *BofI Federal Bank v. Charles Matthew Erhart*, U.S. District Court for the Southern District of California Case No. 15-cv-02353-BAS-NLS |
| J | Request for Judicial Notice | Order granting Joint Motion for Entry of Temporary Restraining Order in *BofI Federal Bank v. Charles Matthew Erhart*, U.S. District Court for the Southern District of California Case No. 15-cv-02353-BAS-NLS |
| K | Request for Judicial Notice | Order granting Joint Motion for Entry of Supplemental Temporary Restraining Order and Continuance of Hearing on BofI's Motion for Preliminary Injunction in *BofI Federal Bank v. Charles Matthew Erhart*, U.S. District Court for the Southern District of California Case No. 15-cv-02353-BAS-NLS |
| L | Request for Judicial Notice | Order: (1) Allowing the Limited Deposition of Defendant; (2) Allowing Plaintiff to Issue Subpoenas; and (3) Extending Defendant's Deadline to Respond to the First Amended Complaint in *BofI Federal Bank v. Charles Matthew Erhart*, U.S. District Court for the Southern District of California Case No. 15-cv-02353-BAS-NLS |
| M | Request for Judicial Notice | Plaintiff Charles Matthew Erhart's April 14, 2015 Whistleblower Complaint, filed with the Occupational Safety and Health Administration division of the Federal Department of Labor |

| | |
|---|---|
| 1 | Dated: February 19, 2016 |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | |
| 4 | |
| 5 | By      */s Polly Towill* |
| | POLLY TOWILL |
| 6 | |
| 7 | Attorneys for Defendant |
| | BofI HOLDING, INC. |
| 8 | Email: ptowill@sheppardmullin.com |