# EXHIBIT A
# to Declaration of
# Matthew D. Armstrong



PROFESSIONAL EXPERIENCE

**STROZ FRIEDBERG**
Los Angeles, CA
**Manager,** November 2015 to Present
**Senior Digital Forensic Examiner**, January 2015 to November 2015
**Digital Forensic Examiner**, February 2013 to January 2015

Conduct digital forensic acquisitions and analyses of laptops, desktops, servers, tablets, and mobile phones in civil litigations, criminal matters, and internal investigations. Conduct large-scale electronic discovery involving the preservation, processing, and production of electronic data. Investigate network intrusions and other cyber security breaches to determine the cause and extent of the breach. Perform security risk assessments and penetration tests to determine effectiveness of network and security architecture. Provide recommendations on IT solutions to help clients manage information security risk. Draft and conduct peer review of expert reports, affidavits, and declarations.

**FAIRMONT MIRAMAR HOTEL AND BUNGALOWS**
Santa Monica, CA
**Director, Project Management (Information Technology)**
October 2007 – February 2013

Deployed and maintained IBM System x and Dell PowerEdge servers (Windows Server 2003/2008/2008 R2, Windows Small Business Server 2008) and Dell OptiPlex and HP Business desktop computers (Windows XP, Windows 7). Managed Active Directory structure, including users, security groups and Group Policy. Installed, upgraded and maintained network hardware including Cisco Catalyst and HP ProCurve switches and a Meru wireless controller and access points. Installed and maintained a SonicWall unified threat management device, providing firewall, routing, wireless access and VPN / remote access functionality. Remediated PCI compliance gaps in conjunction with corporate security team by adjusting network topology and installing wireless sensors. Managed an annual capital expenditure budget in excess of $100k for technology upgrades and expansion. Selected, installed and maintained endpoint protection for desktops and servers. Performed timely patch management of desktops and servers via Windows Server Update Services (WSUS).

**THE PENINSULA BEVERLY HILLS**
Beverly Hills, CA
**Project Manager (Information Technology)**
August 2001 – October 2007

Maintained user accounts throughout full lifecycle, from provisioning to termination. Deployed and operated HP ProLiant servers (Windows Server 2003, Novell Netware 4/5) and HP Business desktop



computers (Windows 2000, Windows XP). Drafted and implemented policy with Human Resources, outlining acceptable employee use of company network and computer resources. Designed and implemented deployment of Websense Enterprise to control employee internet usage, gain insight on bandwidth utilization, and block access to known malicious websites. Installed Safend to monitor data leaks via removable media, including USB drives. Installed Cisco Security Agent (host IDS) on desktops to mitigate risk of zero-day threats. Deployed LANDesk Systems Management Server and LANDesk Security Suite to provide patch management for desktops and servers. Migrated directory services and servers from Novell Netware 4 (Novell Directory Services / NDS) to Windows Server 2003 (Active Directory). Designed an Active Directory structure dependent upon role-based and nested security groups, simplifying user deployment and minimizing the risk of "permissions creep" when users transferred to new positions or departments. Replaced an end-of-life Novell BorderManager server with a Cisco router and Content Engine to serve as firewall and proxy server, respectively. Maintained access control lists on the Cisco router. Managed an annual capital expenditure budget in excess of $150k for technology upgrades and expansion. Selected, installed and maintained endpoint protection for desktops and servers.

### EDUCATION

**CORNELL UNIVERSITY, Ithaca, NY**
B.S. in Hotel Administration (Hospitality Management)

### CERTIFICATIONS

**GIAC Certified Incident Handler (GCIH)** 2015
**GIAC Exploit Researcher and Advanced Penetration Tester (GXPN)** 2015
**GIAC Reverse Engineering Malware (GREM)** 2015
**GIAC Certified Forensic Analyst (GCFA)** 2014
**GIAC Penetration Tester (GPEN)** 2014
**GIAC Certified Intrusion Analyst (GCIA)** 2014
GIAC

**Cisco Certified Entry Networking Technician (CCENT)** 2013
Cisco Systems

**Certified Information Systems Security Professional (CISSP)** 2012
(ISC)$^2$



**Systems Security Certified Practitioner (SSCP)** 2012
(ISC)²

**EnCase Certified Examiner (EnCE)** 2012
Guidance Software

TRAINING

- **SANS Institute**
  Advanced Computer Forensic Analysis and Incident Response, Network Penetration Testing and Ethical Hacking, Intrusion Detection In-Depth, Reverse-Engineering Malware, Advanced Penetration Testing, Exploit Writing, and Ethical Hacking, Advanced Exploit Development for Penetration Testers
- **Offensive Security**
  Penetration Testing with BackTrack/Kali
- **Guidance Software / EnCase**
  Advanced Computer Forensics, Advanced Internet Examinations, Network Intrusion Prevention, eDiscovery, Enterprise Examinations, Macintosh-Linux Examinations
- **West Los Angeles College**
  Linux, Security+, Microsoft Server 2008 Administration, Active Directory, Exchange 2007
- **Santa Monica College**
  Assembly Language Programming, C++ Programming

PROFESSIONAL AFFILIATION

- InfraGard

12/2015