# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>                    Plaintiff,<br><br>   v.<br><br>BOFI HOLDING, INC.,<br><br>                    Defendant.<br><br>BOFI FEDERAL BANK,<br><br>                    Plaintiff,<br><br>   v.<br><br>CHARLES MATTHEW ERHART,<br><br>                    Defendant. | Case No. 15-cv-02287-BAS(NLS)<br>*consolidated with*<br>15-cv-02353-BAS(NLS)<br><br>**ORDER REGARDING CAROL GILLAM'S MOTION TO QUASH BOFI'S SUBPOENA TO TESTIFY AT DEPOSITION**<br><br>**[ECF No. 75 (in 15-cv-02353)]** |

     Presently before the Court in BofI's Countersuit is Ms. Carol Gillam's Motion to Quash BofI's Subpoena to Testify at a Deposition. (ECF No. 75.) Under Civil Local Rule 72.1(b), U.S. Magistrate Judge Nita L. Stormes will resolve Ms. Gillam's motion. Consequently, the Court **VACATES** the October 24, 2016, hearing date set

for briefing purposes on Ms. Gillam's motion. Judge Stormes will issue a briefing schedule for the motion in due course.

**IT IS SO ORDERED.**

DATED: October 3, 2016

Hon. Cynthia Bashant
United States District Judge