UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>　　　　Defendant.<br><br>BofI FEDERAL BANK, a federal savings bank<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>　　　　Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO VACATE SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS IN A CONSOLIDATED ACTION;**<br><br>**(2) STAYING ALL DISCOVERY ON ALL CLAIMS IN THIS CONSOLIDATED ACTION; and**<br><br>**(3) SETTING TELEPHONIC STATUS CONFERENCE.**<br><br>**[Dkt. No. 28]** |

1 | Presently before the Court is a joint motion filed by Charles Matthew Erhart ("Erhart"), BofI Holding, Inc., and BofI Federal Bank (collectively "the "Parties"), for entry of an order vacating the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings in a Consolidated Action.

The Court, having reviewed and considered the parties' joint motion, **GRANTS** the joint motion and **ORDERS** that all of the dates in the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings in a Consolidated Action are vacated, including the March 20, 2017 Mandatory Settlement Conference, the July 31, 2017 Final Pretrial Conference, and the September 26, 2017 jury trial.

The court **FURTHER ORDERS** that all discovery on all claims in this consolidated action be **STAYED**.

The court **SETS** a telephonic status conference with attorneys only for **January 27, 2017 at 10:00 a.m.**  Erhart's counsel must arrange the conference call.

**IT IS SO ORDERED.**

Dated:  October 13, 2016

Hon. Nita L. Stormes
United States Magistrate Judge

-1-

SMRH:479347964.1                                                    ORDER GRANTING JOINT MOTION