**THE GILLAM LAW FIRM**
*A Professional Law Corporation*
Carol L. Gillam (SBN 102354)
Sara Heum (SBN 288136)
10866 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Telephone: (310) 203-9977
Facsimile: (310) 203-9922
carol@gillamlaw.com
sara@gillamlaw.com
Attorneys for Plaintiff and Defendant
CHARLES MATTHEW ERHART

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING INC., an entity, d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendants.<br><br>BOFI FEDERAL BANK, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**PLAINTIFF CHARLES MATTHEW ERHART'S CORRECTED DECLARATION OF CAROL GILLAM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (Dkt. #137)**<br><br>Hearing Date: July 1, 2019<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Courtroom 4B<br>The Hon. Cynthia Bashant (Schwartz Courthouse)<br><br>Complaint Filed: October 13, 2015<br>Trial Date: September 17, 2019 |

Case No. 15-cv-2287-BAS-NLS
CORRECTED DECLARATION OF CAROL GILLAM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE,
PARTIAL SUMMARY JUDGMENT

Plaintiff Charles Matthew Erhart hereby submits the following corrected declaration of Carol Gillam, correcting the declaration previously filed as ECF Dkt. No. 137-2.

## DECLARATION OF CAROL L. GILLAM

I, Carol L. Gillam, declare as follows:

1. I am counsel for Charles Matthew Erhart in this lawsuit. Except where stated on information and belief, I have personal knowledge of the facts set forth herein, which are known to me to be true and correct. If called as a witness, I could and would competently testify thereto. I make this declaration in support of Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.

2. By making this declaration I do not intend to waive any attorney-client privilege or work product protection.

3. Attached as **Exhibit 1** is a true and correct copy of BofI's Employee Confidentiality, Non-disclosure, and Non-Recruitment Agreement .

4. BofI is also already aware that Mr. Erhart did not disseminate confidential information, including to the New York Times, as he stated in a declaration signed on December 3, 2015. Attached hereto as **Exhibit 2** is a true and correct copy of the declaration Mr. Erhart signed on December 3, 2015.

5. On December 6, 2015, I defended Mr. Erhart's deposition by BofI, wherein he testified that he did not share confidential information with anyone besides his counsel and federal law enforcement authorities. Mr. Erhart also testified that he sent information to his mother for safekeeping before he retained counsel, when he was fearful the Bank would destroy information and potentially cause him harm, but that his mother never looked at it. Attached hereto as **Exhibit 3** is a true and correct copy of Charles Matthew Erhart's Deposition Transcript dated 12-6-15 ("Erhart Depo. Vol. I").

6. Attached hereto as **Exhibit 4** is a true and correct copy of BofI stock figures labeled as Document 67-9 [Filed in BofI v. Erhart Case 3:15-cv-02353-BAS-NLS].

7. On June 16, 2016, BofI deposed Pamela Erhart, Mr. Erhart's mother, in *BofI Federal Bank v. Pamela Erhart*, Case No. 2016-cv-8 in Kansas. The Parties have agreed that Ms. Erhart's deposition transcript could be used in this matter. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Pamela Erhart.

8. On July 25, 2016, Sofia Cornell, Mr. Erhart's former live-in girlfriend, executed a declaration in case number 3:15-cv-2353-BAS-NLS, wherein she declared that she never looked at any BofI information Mr. Erhart may have placed on her computer for his viewing purposes. Attached hereto as **Exhibit 6** is a true and correct copy of Sofia Cornell's Declaration in Support of Defendant's Opposition to Motion for Summary Adjudication.

9. On February 17, 2016, Matthew Armstrong executed a Declaration in support of BofI's Motion for Spoliation of Evidence Against Charles Erhart, wherein he declared that files were deleted from Mr. Erhart's laptop. Attached hereto as **Exhibit 7** is a true and correct copy of Mr. Armstrong's Declaration in support of BofI's Motion for Spoliation of Evidence Against Charles Erhart.

10. On March 13, 2019, I deposed Andrew Micheletti, where he testified that BofI is claiming damages in excess of $1 million as a result of Mr. Erhart's conduct. Attached hereto as **Exhibit 8** is a true and correct copy of Andrew Micheletti's deposition transcript dated 03-13-19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2019, at Los Angeles, California.

         s/CAROL GILLAM
         Carol L. Gillam

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I electronically submitted the following document with the clerk of the court for the U.S. District Court, Southern District of California, using the electronic case files system of the court:

CORRECTED DECLARATION OF CAROL GILLAM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

DATED: May 9, 2019

_____
SARA HEUM

-1-   Case No. 15-cv-2287-BAS-NLS
CERTIFICATE OF SERVICE