UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>      Defendant.<br><br>BofI FEDERAL BANK, a federal savings bank<br><br>      Plaintiff,<br><br>      v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>      Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE** |

1    Per the discussion with the parties, the Court hereby **VACATES** the
2 mandatory settlement conference set for September 16, 2020, to be reset pending
3 further discussion.

4    **IT IS SO ORDERED**.

5 Dated:  September 3, 2020

*Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge