# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>           Plaintiff,<br><br>      v.<br><br>BOFI HOLDING, INC.,<br><br>           Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER SCHEDULING FINAL PRETRIAL CONFERENCE** |

The Court **ORDERS** the parties to appear on **Wednesday, January 20, 2021, at 2:00 p.m.,** for a final pretrial conference ("PTC"). As per this Court's Standing Order for Civil Cases and Civil Local Rule 16.1(f)(6), the parties shall lodge by e-mail to Chambers a proposed pretrial order no later than **January 6, 2021.** At the PTC, the parties should be prepared for the Court to set a date for trial, as well as any post-PTC deadlines, such as the deadline for filing motions *in limine*.

**IT IS SO ORDERED.**

**DATED: October 2, 2020**

Hon. Cynthia Bashant
United States District Judge