UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>    Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |
| BofI FEDERAL BANK, a federal savings bank<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>    Defendant. | |

After conferring with the parties, the Court **RESETS** the Mandatory Settlement Conference ("MSC") for **November 4, 2020**. Confidential settlement briefs shall be submitted directly to Chambers by **October 28, 2020**.

The MSC will take place via videoconference as follows. Plaintiff and his counsel must appear at **10:00 a.m**. Defendant and its counsel must appear at **11:00 a.m.** The Court will send out individual meeting invitations after receiving the information outlined below from the parties. All parties must set aside the **afternoon** on November 4 to accommodate continuing settlement discussions as necessary.

To facilitate the videoconference MSC, the parties shall abide by the following procedures:

1. The Court will use its official Zoom video conferencing account to hold the MSC. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings). Participants **must use laptops or desktop computers** for the conference. Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the MSC.[1] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the MSC, the Court will email each participant an invitation to join a Zoom video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink**

---

[1] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

**will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that the conference begins promptly at the assigned time. **The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time.**

   a. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[2] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

   b. No later than **October 28, 2020**, counsel for each party shall send an e-mail to the Court at efile_stormes@casd.uscourts.gov containing the following:

      i. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

      ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

---

[2] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

iii. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

iv. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the MSC to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

**IT IS SO ORDERED**.

Dated:  October 9, 2020

/s/ Nita L. Stormes

Hon. Nita L. Stormes
United States Magistrate Judge