# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC.,<br><br>Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER RESCHEDULING AND CONVERTING PRETRIAL CONFERENCE TO ZOOM VIDEO CONFERENCE** |

The Court **RESCHEDULES** the final pretrial conference in this case to **Monday, January 25, 2021, at 3:45 p.m.**  Further, the Court converts the conference to a Zoom videoconference hearing.  The Court will distribute the Zoom information by email in advance of the rescheduled hearing.

**IT IS SO ORDERED.**

**DATED: January 13, 2021**

Hon. Cynthia Bashant
United States District Judge