SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MARTIN D. KATZ, Cal. Bar No. 110681
mkatz@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
HEATHER PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398

Attorneys for Plaintiff and Defendant
BofI FEDERAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendant.<br><br>BofI FEDERAL BANK, a federal savings bank<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**BofI FEDERAL BANK'S NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 2 TO EXCLUDE INFLAMMATORY EVIDENCE THAT IS UNTETHERED TO ERHART'S CLAIMS**<br><br>[*Memorandum of Points and Authorities* and *Declaration of Martin D. Katz filed concurrently herewith, and [Proposed] Order lodged concurrently herewith*]<br><br>Hon. Cynthia Bashant<br>Schwartz Courthouse, Courtroom 4B<br><br>Magistrate Judge Nita L. Stormes<br>12th Floor (Carter/Keep), Suite 1210<br><br>Hearing: July 20, 2021 at 11:00 a.m.<br>Action Filed: October 13, 2015<br>Trial Date: Vacated |

TO CHARLES MATTHEW ERHART AND HIS ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that on July 20, 2021 at 11:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Cynthia Bashant in Courtroom 4B of this Court, located at 221 West Broadway, Suite 4145, San Diego, CA 92101, that BofI Federal Bank ("BofI") hereby moves for an order *in limine* pursuant to Federal Rules of Evidence 401, 402 and 403 to exclude inflammatory evidence that is untethered to Erhart's claims, including homophobia, racial/ethnic discrimination, and sexual inappropriateness at BofI.

  This Motion is made on the ground that the evidence BofI seeks to exclude is not relevant to the parties' claims or defenses. Moreover, the probative value (if any) relating to these categories of testimony is outweighed by the prejudicial effect that would arise from its inclusion. To the contrary, eliminating this type of evidence will prevent possible unfair prejudice, and eliminate the danger of confusing the issues, misleading the jury, causing undue delay and wasting time.

  This motion is made following the parties' meet and confer about the issues raised in this motion, including by a Zoom conference which took place on June 29, 2021.

  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declaration of Martin D. Katz, all pleadings, papers and other materials in the Court's file for this action, any other matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

1 | Dated: July 6, 2021

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3 |

4 | By:  /s Polly Towill
POLLY TOWILL
5 | Attorneys for Plaintiff and Defendant
BofI FEDERAL BANK
6 | Email: ptowill@sheppardmullin.com