UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BOFI HOLDING, INC.,<br><br>　　　　　　　　　　Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE MOTION IN LIMINE HEARING DATE WITHOUT PREJUDICE (ECF No. 228)** |

Presently before the Court is an *ex parte* application to continue the motion in limine hearing set for July 20, 2021. (ECF No. 228.) The Court set this date in January 2021 at the Pretrial Conference and stated the hearing "will be in person" if the pandemic permitted. (Tr. 34:10–12, ECF No. 210.) Counsel can learn about the status of proceedings in the U.S. District Court for the Southern District of California, including its resumption of civil and criminal jury trials, by visiting the District

Court's website.  Chief Judge Order 62-B, issued on June 11, 2021, is particularly helpful.  Chief Judge Order 59-A, also issued on June 11, 2021, provides the current rules on safety protocols.

Plaintiff's counsel asks to continue the motion in limine hearing on short notice, explaining that she has not received an order to appear in person and faces "serious logistical difficulties" in getting to San Diego.  The Court denies the request to continue the hearing without prejudice.  Specifically, the Court denies the request to appear by videoconference.  Counsel is welcome to wear a mask and socially distance while appearing in person, as laid out in the district court's safety protocols.  The Court also denies the request to continue the hearing; provided, however, that the Court will consider continuing the hearing if Defendant BofI Holding, Inc., agrees to do so.  Therefore, if the parties file a joint motion to continue the motion in limine hearing date and provide several mutually agreeable dates in late July or early August, the Court will reconsider the continuance request.

**IT IS SO ORDERED.**

**DATED:  July 15, 2021**

Hon. Cynthia Bashant
United States District Judge