SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MARTIN D. KATZ, Cal. Bar No. 110681
mkatz@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
HEATHER PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Plaintiff and Defendant
BofI FEDERAL BANK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendant.<br><br>BofI FEDERAL BANK, a federal savings bank<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**DECLARATION OF POLLY TOWILL IN SUPPORT OF BofI FEDERAL BANK'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE INCOMPLETE DOCUMENTS AND RELATED TESTIMONY**<br><br>[*Notice of Motion and Motion, Memorandum of Points and Authorities and Declaration of Martin D. Katz filed concurrently herewith, and [Proposed] Order lodged concurrently herewith*]<br><br>Hon. Cynthia Bashant<br>Schwartz Courthouse, Courtroom 4B<br><br>Magistrate Judge Nita L. Stormes<br>12th Floor (Carter/Keep), Suite 1210<br><br>Hearing: July 20, 2021 at 11:00 a.m.<br>Action Filed: October 13, 2015<br>Trial Date: Vacated |

<u>DECLARATION OF POLLY TOWILL</u>

I, Polly Towill, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for BofI Federal Bank. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I submit this Declaration in support of BofI's Motion *In Limine* No. 1 To Exclude Incomplete Documents and Related Testimony (the "Motion").

3. BofI issued its Requests for Production, Set One, on March 30, 2018. A true and correct copy of the requests is attached hereto as **Exhibit A.**

4. Erhart provided his Responses to BofI's Requests for Production, Set One, on or around June 25, 2018. A true and correct copy of relevant excerpts of Erhart's responses is attached hereto as **Exhibit B**.

5. On Tuesday, November 20, 2018, I met and conferred in person with Sara Heum, counsel for Mr. Erhart, regarding Erhart's failure to produce relevant and complete text message chains between him and third parties to avoid filing a motion to compel. Ms. Heum did not dispute the relevance of the text messages Erhart withheld. Nor did Ms. Heum raise any objections justifying withholding the complete messages on the grounds of privilege or burden. Rather, Ms. Heum represented that BofI has everything that was in counsel's possession. Ms. Heum did not deny that Erhart himself may have further text messages in his possession, custody or control. Ms. Heum refused to agree to have Erhart undertake a search of his phone or computer for the remainder of the missing text conversations.

6. Erhart's counsel also informed me when I disagreed with her position that Erhart had a new phone number and therefore could not access any more old texts. However, Erhart's ex-girlfriend Sofia Cornell testified on December 3, 2018 that Erhart has had the same telephone number since he began working at BofI

through to the present. Ms. Cornell further confirmed that Erhart had far more text messages with her than he had produced. *See* Exhibit F.

7. I took the deposition of non-party Jacob Gantos on November 8, 2018. Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts of Mr. Gantos' deposition transcript.

8. Attached hereto as **Exhibit D** is a true and correct copy of documents produced by non-party Jacob Gantos in response to a subpoena my office issued.

9. I attended the deposition of non-party Reymundo Castrejon on November 15, 2018. Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts of Mr. Castrejon's deposition transcript.

10. I took the deposition of non-party Sofia Cornell on December 3, 2018. Attached hereto as **Exhibit F** is a true and correct copy of relevant excerpts of Ms. Cornell's deposition transcript.

11. Attached hereto as **Exhibit G** is a true and correct copy of relevant excerpts of the deposition transcript of non-party Michael Sisk dated November 9, 2018.

12. Attached hereto as **Exhibit H** is a true and correct copy of text messages, produced by Erhart as Erhart000073, and introduced as Exhibit 60 in the November 8, 2018 deposition of non-party Jacob Gantos.

13. Attached hereto as **Exhibit I** is a true and correct copy of text messages, produced by Erhart as Erhart000247, and introduced as Exhibit 82 in the November 9, 2018 deposition of non-party Michael Sisk.

14. Attached hereto as **Exhibit J** is a true and correct copy of text messages, produced by Erhart as Erhart000248, and introduced as Exhibit 140 in the November 15, 2018 deposition of non-party Reymundo Castrejon.

15. Attached hereto as **Exhibit K** is a true and correct copy of text messages, produced by Erhart as Erhart000025, and introduced as Exhibit 141 in the November 15, 2018 deposition of non-party Reymundo Castrejon

16. Attached hereto as **Exhibit L** is a true and correct copy of text messages, produced by Erhart as Erhart000214, and introduced as Exhibit 146 in the November 15, 2018 deposition of non-party Reymundo Castrejon.

17. Attached hereto as **Exhibit M** is a true and correct copy of text messages, produced by Erhart as Erhart000266-270, and introduced as Exhibit 225 in the January 30, 2019 deposition of non-party Sabrina Grenet.

18. Attached hereto as **Exhibit N** is a true and correct copy of text messages, produced by Erhart as Erhart000250, and introduced as Exhibit 231 in the February 1, 2019 deposition of non-party Carlos Cesena.

19. Attached hereto as **Exhibit O** is a true and correct copy of text messages produced by Erhart as Erhart000274-278.

20. Attached hereto as **Exhibit P** is a true and correct copy of text messages produced by Erhart as Erhart000210.

21. I attended the deposition of non-party Sabrina Grenet (neé Koll) on January 30, 2019. Attached hereto as **Exhibit Q** is a true and correct copy of relevant excerpts of Ms. Koll's deposition transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 6, 2021, at Los Angeles, California.

*/s POLLY TOWILL*
Polly Towill
Email: ptowill@sheppardmullin.com