SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MARTIN D. KATZ, Cal. Bar No. 110681
mkatz@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
HEATHER PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Plaintiff and Defendant
BofI FEDERAL BANK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>    Defendant.<br><br>BofI FEDERAL BANK, a federal savings bank<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>    Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**DECLARATION OF POLLY TOWILL IN SUPPORT OF BofI FEDERAL BANK'S OPPOSITION TO CHARLES MATTHEW ERHART'S MOTION *IN LIMINE* NOS. 1-5**<br><br>[*Memorandum of Points and Authorities submitted concurrently herewith*]<br><br>Hon. Cynthia Bashant<br>Schwartz Courthouse, Courtroom 4B<br><br>Magistrate Judge Nita L. Stormes<br>12th Floor (Carter/Keep), Suite 1210<br><br>Hearing: July 20, 2021 at 11:00 a.m.<br>Action Filed: October 13, 2015<br>Trial Date: Vacated |

# DECLARATION OF POLLY TOWILL

I, Polly Towill, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for BofI Federal Bank ("BofI"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I submit this Declaration in support of BofI's Opposition to Charles Matthew Erhart's Motion *In Limine* Nos. 1-5.

3. On November 12, 2018, I took Mr. Erhart's deposition in the above-captioned action. During his deposition, I marked as Exhibit 99 Erhart's *Employee Acknowledgement and Agreement* (the "Acknowledgement"). I marked as Exhibit 100 to the deposition a copy of BofI's Employee Handbook that was provided to Mr. Erhart during his employment. True and correct copies of relevant excerpts of Mr. Erhart's November 12, 2018 testimony, the Acknowledgement, and relevant excerpts of the Employee Handbook are attached hereto as **Exhibits A**, **B**, and **C**, respectively.

4. On July 11, 2017, I took Mr. Erhart's deposition in the action captioned *BofI Federal Bank v. Sofia Cornell,* San Diego Superior Court Case No. 37-2016-0001659 (the "*Cornell* Action"). Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts of Mr. Erhart's deposition transcript from the *Cornell* Action. The parties stipulated that the transcripts from the additional two days Mr. Erhart sat for deposition in the *Cornell* Action can be used in the above-captioned action. On or around August 14, 2017, Mr. Erhart, through counsel, returned his errata sheet and signature page for his deposition in the *Cornell* Action, a true and correct copy of which is attached hereto as **Exhibit E**. Through his errata sheet, Mr. Erhart purported to "delete" certain portions of his testimony through a retroactive instruction by counsel not to answer.

-1-

SMRH:4835-6070-7313.1

Case No. 3:15-cv-2287-BAS-NLS
TOWILL DECLARATION ISO
BofI's OPPOSITION TO ERHART'S MOTION *IN LIMINE* NOS. 1-5

5. On November 15, 2018, I attended Mr. Castrejon's deposition, which was taken by Mr. Erhart's counsel, Sara Heum. A true and correct copy of relevant excerpts of Mr. Castrejon's deposition transcript is attached hereto as **Exhibit F**.

6. On January 30, 2019, I took the deposition of Sabrina Grenet, a former BofI employee. A true and correct copy of relevant excerpts of Ms. Grenet's deposition transcript is attached hereto as **Exhibit G**.

7. On February 5, 2019, I attended the deposition of Gregory Garrabrants, BofI's Chief Executive Officer. A true and correct copy of relevant excerpts of Mr. Garrabrants' deposition transcript is attached hereto as **Exhibit H**.

8. On January 25, 2019, I attended the deposition of Daniel Crescitelli, a former BofI employee. A true and correct copy of relevant excerpts of Mr. Garrabrants' deposition transcript is attached hereto as **Exhibit I**.

9. Attached hereto as **Exhibit J** is a true and correct excerpt of documents produced by The Gillam Law Firm in this litigation.

10. Attached hereto as **Exhibit K** is a true and correct copy of a document produced by BofI in this litigation.

11. Attached hereto as **Exhibit L** is a true and correct copy of the Joint Pretrial Order Pursuant To Fed. R. Civ. P. 16 and L.R. 16 in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 13, 2021, at Los Angeles, California.

*/s Polly Towill*
Polly Towill
Email: ptowill@sheppardmullin.com