UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>   Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC.,<br><br>   Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER RE:** *EX PARTE* **APPLICATION** |

The Court received by email an *ex parte* application from Defendant BofI Holding, Inc. regarding removing a publicly filed document from the docket. The application itself has not been filed on the docket. The Court will not consider the application unless it is filed.

**IT IS SO ORDERED.**

DATED: August 16, 2021

Hon. Cynthia Bashant
United States District Judge