# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>      Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC.,<br><br>      Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE STATUS HEARING & TRIAL DATE (ECF No. 242)** |

  Presently before the Court is Charles Matthew Erhart's *ex parte* application to continue the status hearing set for January 18, 2022, and the trial date. (ECF No. 242.) BofI Holding, Inc. opposes the request.

  Plaintiff's counsel asks to continue the status hearing primarily because she is out of the country. The Court denies the request to continue. This hearing has been on calendar for half a year. Instead, the Court will permit Plaintiff's counsel to appear telephonically; provided, however, that she has a reliable connection. The call-in

| | |
|---|---|
| 1 | number is 888-557-8511, and the access code is 6968297, followed by the # sign |
| 2 | when prompted.  Otherwise, counsel must appear in person |
| 3 |     The Court denies the remainder of the *ex parte* request. |
| 4 |     **IT IS SO ORDERED.** |
| 5 | |
| 6 | **DATED:  January 13, 2022** |
| 7 | |

Hon. Cynthia Bashant
United States District Judge