# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOFI HOLDING, INC.,<br><br>　　　　　Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER SETTING DATES** |

Considering the Court's prior order (ECF No. 250) and the parties' Status Report Regarding Scheduling Status Conferences (ECF No. 254), the Court sets the following dates:

- Status Conference Re: Proposed Verdict Form – **Tuesday, February 22, at 4:00 p.m.**;

- Status Conference Re: Jury Instructions – **Friday, March 25, at 9:30 a.m.**; and

- Status Conference Re: Objections to Deposition Designations– **Thursday, April 21, at 9:30 a.m.**

At least one attorney per side with authority to argue on the client's behalf must appear in person at these status conferences.

**IT IS SO ORDERED.**

DATED: February 2, 2022

Hon. Cynthia Bashant
United States District Judge