UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC.,<br><br>　　　　　　　　Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER CHANGING TIME OF STATUS CONFERENCE** |

In light of a change in the Court's criminal trial calendar, the Court changes the time of the Status Conference Re: Proposed Verdict Form to **2:00 p.m.** on Tuesday, February 22, 2022. As indicated, at least one attorney per side with authority to argue on the client's behalf must appear in person at the status conference. The Court will circulate videoconference information.

**IT IS SO ORDERED.**

**DATED: February 16, 2022**

Hon. Cynthia Bashant
United States District Judge

– 1 –

15cv2287