1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
    POLLY TOWILL, Cal. Bar No. 120420
3   ptowill@sheppardmullin.com
    MARTIN D. KATZ, Cal. Bar No. 110681
4   mkatz@sheppardmullin.com
    HEATHER PLOCKY, Cal. Bar No. 279022
5   hplocky@sheppardmullin.com
    333 South Hope Street, 43rd Floor
6   Los Angeles, California 90071-1422
    Telephone:   213.620.1780
7   Facsimile:   213.620.1398

8   Attorneys for Plaintiff and Defendant
    BofI FEDERAL BANK

9

10

11                   UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  CHARLES MATTHEW ERHART, an individual, | Case No. 15-cv-2287-BAS-NLS *consolidated with* 15-cv-2353-BAS-NLS |
| 14              Plaintiff, | **JOINT JURY INSTRUCTIONS SUBMISSION FOR MARCH 25, 2022 STATUS CONFERENCE** |
| 15         v. | |
| 16  BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK | Hon. Cynthia Bashant Schwartz Courthouse, Courtroom 4B |
| 17  OF THE INTERNET, | |
| 18              Defendant. | Magistrate Judge Nita L. Stormes 12th Floor (Carter/Keep), Suite 1210 |
| 19  —————————————————— | |
| 20  BofI FEDERAL BANK, a federal savings bank, | Action Filed: October 13, 2015 Trial Date: April 26, 2022 |
| 21              Plaintiff, | |
| 22         v. | |
| 23  CHARLES MATTHEW ERHART, an individual, | |
| 24              Defendant. | |
| 25 | |

26

27

28

SMRH:4863-1506-4595.1

1    BofI has been working off of the draft sets of jury instructions that the parties

2  exchanged in January 2021.  Thereafter, BofI combined the parties' separate drafts

3  into one integrated document, added its objections to certain instructions proposed by

4  Erhart and circulated that draft to Erhart's counsel on January 11, 2022.  Having heard

5  nothing from Erhart for nearly two months, on March 7, 2022, BofI recirculated this

6  integrated set of draft instructions (with certain modifications, mostly to comport with

7  the Court's guidance at the February 22, 2022 status conference), which is attached

8  hereto as Exhibit A.  At 7:39 pm on March 8, Erhart finally sent BofI a new set of

9  joint instructions.  However, BofI did not have the time to finalize this new set of

10  instructions before the Court's filing deadline.  BofI has offered to work with Erhart

11  tomorrow, in order to submit this new set of instructions.

12

13  Dated:  March 8, 2022

14                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

15

16                 By          */s/ Heather Plocky*
                                                   
17                             HEATHER PLOCKY
                               Attorneys for
18                             Plaintiff and Defendant
                               BofI FEDERAL BANK
19                             Email:  hplocky@sheppardmullin.com

20

21

22

23

24

25

26

27

28