

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Charles Matthew Erhart, an individual

                            **Plaintiff,**

        V.

Bofi Holding Inc., an entity doing business as BofI Federal Bank doing business as Bank of the Internet

                            **Defendant.**

FILED
2022-03-09
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           J. Olsen , Deputy

Civil No.  15-cv-02287-BAS-NLS

### STRICKEN DOCUMENT:
Proposed Jury Instructions

**Per Order #   266**

265