SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MARTIN D. KATZ, Cal. Bar No. 110681
mkatz@sheppardmullin.com
HEATHER PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Plaintiff and Defendant
BofI FEDERAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**JOINT JURY INSTRUCTIONS SUBMISSION FOR MARCH 25, 2022 STATUS CONFERENCE**<br><br>Hon. Cynthia Bashant<br>Schwartz Courthouse, Courtroom 4B<br><br>Magistrate Judge Nita L. Stormes<br>12th Floor (Carter/Keep), Suite 1210<br><br>Action Filed: October 13, 2015<br>Trial Date: April 26, 2022 |
| BofI FEDERAL BANK, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>Defendant. | |

Pursuant to the Court's Order (Dkt. No. 266), counsel for Charles Matthew Erhart and BofI Federal Bank engaged in significant meet and confer efforts, totaling approximately seven hours over the past two days.  After resolving substantial discrepancies over certain proposed jury instructions, the parties hereby submit a joint set of jury instructions, which is attached hereto as Exhibit A.  The parties did not resolve all of their disagreements, and accordingly, the parties have inserted specific objections or comments to certain proposed instructions, which are indicated in the right margin in Exhibit A.

Dated:  March 11, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Polly Towill*
POLLY TOWILL
Attorneys for
Plaintiff and Defendant
BofI FEDERAL BANK
Email:  ptowill@sheppardmullin.com