1 **THE GILLAM LAW FIRM**
*A Professional Law Corporation*
2 Carol L. Gillam (SBN 102354)
Sara Heum (SBN 288136)
3 10880 Wilshire Boulevard, Suite 1101
Los Angeles, California 90024
4 Telephone: (310) 203-9977
Facsimile: (310) 203-9922
5 carol@gillamlaw.com
sara@gillamlaw.com
6
7 Attorneys for Plaintiff and Defendant
CHARLES MATTHEW ERHART

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>    Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**MOTION OF MIKA HILAIRE TO WITHDRAW AS COUNSEL FOR CHARLES MATTHEW ERHART**<br><br>*[Filed Concurrently with Declaration of Mika Hilaire]*<br><br>The Hon. Cynthia Bashant<br>(Schwartz Courthouse, Courtroom 4B)<br><br>Magistrate Judge Nita L. Stormes<br>12th Floor<br>(Carter/Keep Courthouse) |
| BofI FEDERAL BANK, a federal savings bank<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>    Defendant. | Action Filed: October 13, 2015<br>Trial Date: April 26, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Mika Hilaire of the Equal Rights Law Group hereby moves to withdraw her appearance as counsel for Plaintiff and Defendant Charles Matthew Erhart in the above-referenced matter and requests her removal from electronic notifications in this matter. Per Local Rule 7.1(g), Mr. Erhart and BofI Federal Bank's counsel have both been notified. The Gillam Law Firm will continue to represent Charles Matthew Erhart in this matter.

Dated: April 4, 2022

By: _____
Mika Hilaire
Email: mika@equalrightslawgroup.com