1  **THE GILLAM LAW FIRM**
   *A Professional Law Corporation*
   Carol L. Gillam (SBN 102354)
2  Sara Heum (SBN 288136)
   10880 Wilshire Boulevard, Suite 1101
3  Los Angeles, California 90024
   Telephone: (310) 203-9977
4  Facsimile: (310) 203-9922
   carol@gillamlaw.com
5  sara@gillamlaw.com
   Attorneys for Plaintiff and Defendant
6  CHARLES MATTHEW ERHART

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  CHARLES MATTHEW ERHART, an individual,<br>11<br>12              Plaintiff,<br>13        v.<br>14  BOFI HOLDING, INC., an entity, d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br>15<br>16              Defendants.<br><br>17  BOFI FEDERAL BANK., a federal savings bank,<br>18<br>19              Plaintiff,<br>20        v.<br>21  CHARLES MATTHEW ERHART, an individual,<br>22<br>23              Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**DECLARATION OF MIKA HILAIRE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>[*Filed Concurrently with Motion of Mika Hilaire to Withdraw as Counsel*]<br><br>The Hon. Cynthia Bashant<br>(Schwartz Courthouse, Courtroom 4B)<br><br>Magistrate Judge Nita L. Stormes<br>12th Floor<br>(Carter/Keep Courthouse)<br><br>Action Filed: October 13, 2015<br>Trial Date: April 26, 2022 |

24

25

26

27

28

{HM00041381 }

-1-                                    Case No. 15-cv-2287-BAS-NLS

## **DECLARATION OF MIKA HILAIRE**

I, Mika Hilaire, make this declaration in support of the **Motion of Mika Hilaire to Withdraw as Counsel for Charles Matthew Erhart**. I am aware of the following matters with my own personal knowledge. If called as a witness to testify in this matter, I could competently testify as follows:

1) On March 9, 2022, I notified Charles Matthew Erhart that I would be withdrawing as counsel

2) In March 2022, I was made aware that the Gilliam Law Firm informed BofI Federal Bank's counsel that I would be withdrawing as counsel.

3) On April 4, 2022, I informed BofI Federal Bank's counsel that I would be withdrawing as counsel.

4) This Motion of Mika Hilaire to Withdraw as Counsel for Charles Matthew Erhart will be served upon Charles Matthew Erhard and BofI Federal Bank.

5) The Gillam Law Firm will continue to be counsel of record.

Executed this 4th day of April, 2022, at Los Angeles, California.

_____
Mika Hilaire

DECLARATION OF MIKA HILAIRE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{HM00041381 }