# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOFI HOLFING, INC.,<br><br>　　　　　　　　　Defendant.<br><br>And Consolidated Case | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER APPROVING WITHDRAWAL OF COUNSEL**<br><br>**[ECF No. 272]** |

　　　Presently before the Court is Mika Hilaire's request to withdraw as counsel for Plaintiff Charles Matthew Erhart. (ECF No. 272.) Having reviewed the request, the Court **APPROVES** the withdrawal of attorney Mika Hilaire as counsel for Plaintiff in the above-captioned matter.

　　　**IT IS SO ORDERED.**

**DATED: April 5, 2022**

　　　　　　　　　　　　　　　　　　　　　*/s/ Cynthia Bashant*
　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　United States District Judge