**THE GILLAM LAW FIRM**
*A Professional Law Corporation*
Carol L. Gillam (SBN 102354)
Sara Heum (SBN 288136)
10880 Wilshire Boulevard, Suite 1101
Los Angeles, California 90024
Telephone: (310) 203-9977
Facsimile: (310) 203-9922
carol@gillamlaw.com
sara@gillamlaw.com
Attorneys for Plaintiff and Defendant
CHARLES MATTHEW ERHART

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BOFI HOLDING, INC., an entity, d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET,<br><br>    Defendants.<br><br>BOFI FEDERAL BANK., a federal savings bank,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES MATTHEW ERHART, an individual,<br><br>    Defendant. | Case No. 15-cv-2287-BAS-NLS<br>*consolidated with*<br>15-cv-2353-BAS-NLS<br><br>**PLAINTIFF CHARLES MATTHEW ERHART'S NOTICE OF LODGING**<br><br>Courtroom 4B<br>The Hon. Cynthia Bashant (Schwartz Courthouse)<br><br>Complaint Filed: October 13, 2015<br>Trial Date: April 26, 2022<br><br>[*Filed concurrently with Supplemental Brief Re Jury Instructions and Verdict Forms*] |

-1-   Case No. 15-cv-2287-BAS-NLS
PLAINTIFF ERHART'S NOTICE OF LODGING

**PLEASE TAKE NOTICE THAT** Plaintiff Charles Matthew Erhart ("Plaintiff" or "Mr. Erhart") hereby lodges unredacted copies of the following documents filed in support of his Supplemental Brief re Jury Instructions and Verdict Forms.

| Exhibit | Document |
|---|---|
| F | Exhibit 298 to Deposition of Matthew Armstrong |
| G | Exhibit 301 to Deposition of Andrew Micheletti, Volume I |
| I | Deposition of Andrew Micheletti, Volume I, pg. 70-82 |
| J | Exhibit 297 to Deposition of Andrew Micheletti, Volume I |

Dated: April 15, 2022.

THE GILLAM LAW FIRM
*A Professional Law Corporation*

By  */s/ Carol Gillam*
CAROL GILLAM
SARAH HEUM
Attorneys for Plaintiff and Defendant
CHARLES MATTHEW ERHART