SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
MARTIN D. KATZ, Cal. Bar No. 110681
mkatz@sheppardmullin.com
HEATHER PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Plaintiff and Defendant
BofI FEDERAL BANK

**THE GILLAM LAW FIRM**
*A Professional Law Corporation*
Carol L. Gillam (SBN 102354)
Sara Heum (SBN 288136)
10866 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Telephone: (310) 203-9977
Facsimile: (310) 203-9922
carol@gillamlaw.com
sara@gillamlaw.com

Attorneys for Plaintiff and Defendant
CHARLES MATTHEW ERHART

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BofI HOLDING, INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET, <br><br> Defendant. <br><hr> BofI FEDERAL BANK, a federal savings bank <br><br> Plaintiff, | Case No. 15-cv-2287-BAS-NLS <br> *consolidated with* <br> 15-cv-2353-BAS-NLS <br><br> **JOINT MOTION TO CONTINUE THE PHASE TWO TRIAL** <br><br> Hon. Cynthia Bashant <br> Schwartz Courthouse, Courtroom 4B <br><br> Magistrate Judge Nita L. Stormes <br> 12th Floor (Carter/Keep), Suite 1210 <br><br> Action Filed: October 13, 2015 <br> Trial Date: April 26, 2022 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      v.

CHARLES MATTHEW ERHART, an individual,

           Defendant.

This Joint Motion is filed by BofI Federal Bank ("BofI") and Charles Matthew Erhart ("Erhart") (collectively the "Parties"), through their counsel of record, based upon the following facts:

WHEREAS, the Court scheduled the one week trial on the issue of punitive damages for the week of August 9, 2022;

WHEREAS, BofI is involved in a lengthy trial in New York scheduled to begin in mid-July 2022;

WHEREAS, lead trial counsel for BofI on the punitive damages phase previously informed the Court that she has a pre-planned vacation with her daughter, who lives out of state, from August 4-17, 2022;

WHEREAS, lead counsel for Mr. Erhart has a trial beginning on August 8, 2022;

WHEREAS, the Parties have met and conferred, and agree to continue the trial for two weeks until August 23, 2022;

WHEREAS, the Court stated it is also available on August 23, 2022 for a one week trial;

WHEREAS, this short continuance does not prejudice the Parties or the Court;

WHEREAS, the Parties have met and conferred and have arranged for a Settlement Conference on June 14, 2022 before Hon. Magistrate Stormes;

WHEREAS, the Parties will immediately notify the Court if a settlement is reached.

The Parties hereby stipulate and jointly move the Court for an order continuing the trial date from August 9, 2022 to August 23, 2022.

Dated:  May 20, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Polly Towill*
POLLY TOWILL
Attorneys for
Plaintiff and Defendant
BofI FEDERAL BANK
Email:  ptowill@sheppardmullin.com

Dated:  May 20, 2022

THE GILLAM LAW FIRM

By        */s Carol Gillam*
CAROL GILLAM
Attorneys for Plaintiff and Defendant
CHARLES MATTHEW ERHART
Email:  carol@gillamlaw.com

## **SIGNATURE ATTESTATION**

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By:    */s/ Polly Towill*
POLLY TOWILL