**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOFI FEDERAL BANK,<br><br>　　　　Defendant. | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**ORDER REGARDING ENTRY OF JUDGMENT** |
| BOFI FEDERAL BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES MATTHEW ERHART,<br><br>　　　　Defendant. | |

　　The Court includes below a Proposed Judgment. The parties have until **Friday, September 23, 2022**, to submit any written objections to the form of the Proposed Judgment. The objections may not exceed three pages.

　　**IT IS SO ORDERED.**

DATED: September 16, 2022

　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART,<br><br>          Plaintiff,<br><br>   v.<br><br>BOFI FEDERAL BANK,<br><br>          Defendant. | Case No. 15-cv-02287-BAS-NLS<br>*consolidated with*<br>15-cv-02353-BAS-NLS<br><br>**[PROPOSED] JUDGMENT** |
| BOFI FEDERAL BANK,<br><br>          Plaintiff,<br><br>   v.<br><br>CHARLES MATTHEW ERHART,<br><br>          Defendant. | |

In these consolidated actions, the following claims proceeded to trial before a jury: (1) Charles Matthew Erhart's claims against BofI Federal Bank ("BofI") for retaliation in violation of the Sarbanes–Oxley Act of 2002, 18 U.S.C. § 1514A; violation of California Labor Code section 1120.5; wrongful termination in violation of public policy; and defamation; and (2) BofI's claims against Erhart for breach of contract, conversion, breach of the duty of undivided loyalty, negligence, violation

of California Penal Code section 502, and violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(5).

The jury found in Erhart's favor on his claims and awarded him a total of $1,500,000 in compensatory damages. (Jury Verdict, ECF No. 314.) The jury denied BofI all relief on its claims. (*Id.*)

Further, all the Court's interlocutory orders are merged into this final judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**

Charles Matthew Erhart recover from BofI Federal Bank:

(1) The sum of $1,500,000 and post-judgment interest thereon as provided by 28 U.S.C. § 1961; and

(2) Compensation for the following, as provided by law, and in amounts to be later determined by the Court: litigation costs, expert witness fees, and reasonable attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____

                                                   **Hon. Cynthia Bashant**
                                                   **United States District Judge**