|    |                               |                                      |
|----|-------------------------------|--------------------------------------|
|    | UNITED STATES DISTRICT COURT  |                                      |
|    | SOUTHERN DISTRICT OF CALIFORNIA |                                    |

| CHARLES MATTHEW ERHART,        | Case No. 15-cv-02287-BAS-NLS         |
|                                | *consolidated with*                  |
| Plaintiff,                     | 15-cv-02353-BAS-NLS                  |
|                                |                                      |
| v.                             | **ORDER ENTERING JUDGMENT**          |
|                                |                                      |
| BOFI FEDERAL BANK,             |                                      |
|                                |                                      |
| Defendant.                     |                                      |
|                                |                                      |
| BOFI FEDERAL BANK,             |                                      |
|                                |                                      |
| Plaintiff,                     |                                      |
|                                |                                      |
| v.                             |                                      |
|                                |                                      |
| CHARLES MATTHEW ERHART,        |                                      |
|                                |                                      |
| Defendant.                     |                                      |

The Court circulated a Proposed Judgment awarding Erhart damages and post-judgment interest. (ECF No. 376.) Many of the parties' suggested changes are minor. The Court will incorporate some of them and direct the Clerk to enter the Judgment.

Erhart also requested the Court add pre-judgment interest to the Judgment. The Court notes the Judgment includes damages for both state and federal claims,

and the Court would need to determine when prejudgment interest began to run and specify any interest rate(s).  Erhart did not propose additional language for the Judgment.  And BofI should have the opportunity to respond to Erhart's request.

Therefore, if Erhart seeks prejudgment interest, the Court requests that he file a noticed motion to amend the Judgment under Rule 59(e).  *See* Fed. R. Civ. P. 59(e); *see also Osterneck v. Ernst & Whinney*, 489 U.S. 169, 175 (1989).  Any motion must address Erhart's entitlement to prejudgment interest, include proposed language for the judgment, specify what law should apply, identify the date(s) the prejudgment interest should accrue from, and suggest any interest rate(s).

Accordingly, the Clerk shall enter the accompanying Judgment and close this case.

**IT IS SO ORDERED.**

**DATED: September 30, 2022**

Hon. Cynthia Bashant
United States District Judge